IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 17-cv-01221-CMA-MLC

NICHOLAS E. BAEZ,

    Plaintiff,

v.

THE CITY OF COMMERCE CITY, a Colorado Municipal Corporation,
TROY SMITH, in his official capacity as Chief of the Commerce City Police Department,
LOWELL RICHARDSON, in his official capacity as Interim-Chief and Deputy-Chief of the Commerce City Police Department, and
BRIAN MCBROOM, in his official capacity as City Manager for the City of Commerce City

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the Plaintiff's Amended Stipulation for Dismissal With Prejudice (Doc. #31).  The Court having reviewed the file and being fully advised in the premises, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay its own costs and attorneys' fees.  It is

FURTHER ORDERED that the joint Stipulation for Dismissal With Prejudice (Doc. #30) is DENIED as moot.  It is

FURTHER ORDERED that all deadlines and hearings set in this case are VACATED.

DATED: January 18, 2018

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge

Case No. 1:17-cv-01221-CMA-MLC   Document 32   filed 01/18/18   USDC Colorado pg 2 of 2